IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ABRAHAM RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv581-MHT |
| | ) | (WO) |
| OFFICER FAIR and WARDEN CROW, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining primarily that defendants violated his First Amendment right to practice his Rastafarian religion by cutting his long hair without his consent.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and this case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of March, 2024.

    /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**