IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ABRAHAM RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv581-MHT |
| | ) | (WO) |
| OFFICER FAIR and WARDEN CROW, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is denied and this lawsuit is dismissed without prejudice.

(3) Plaintiff's motion for preliminary injunction (Doc. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of March, 2024.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE